UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21461-CIV-SCOLA/OTAZO-REYES

OLENA GONCHARENKO,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant, Royal Caribbean Cruises, Ltd.'s Motion to Strike Plaintiff's Expert Disclosures (hereafter, "Motion to Strike") or in the Alternative to Compel Better Expert Disclosures (hereafter, "Alternative Motion to Compel") [D.E. 18]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 6]. The undersigned held a hearing on this matter on March 22, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion to Strike [D.E. 18] is GRANTED. The undersigned finds that Plaintiff Olena Goncharenko did not comply with the disclosure obligations imposed by Fed. R. Civ. P. 26(a)(2)(C) for "hybrid" experts as to her treating doctors. It is further

ORDERED AND ADJUDGED that Defendant's Alternative Motion to Compel [D.E. 18] is DENIED.

2

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of March, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE


cc:   United States District Judge Robert N. Scola, Jr.
      Counsel of Record